## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RAVIL MINGAZOV,

                    Petitioner,

    v.

DONALD J. TRUMP, *et al.,*

                    Defendants.

Civil Action No. 05-2479 (TFH)

## ORDER

In accordance with the September 28, 2017 Order and December 4, 2017 Mandate issued by the United States Court of Appeals for the District of Columbia Circuit and the record in the case, Petitioner Mingazov's petition for writ of habeas corpus is **DISMISSED as MOOT**. Petitioner has been transferred to the custody of the United Arab Emirates. *See Gul v. Obama,* 652 F.3d 12, 18, 21 (D.C. Cir. 2011); *Kiyemba v. Obama,* 561 F.3d 509, 515 n.7 (D.C. Cir. 2009).

**SO ORDERED.**

December 4, 2017

_____

Thomas F. Hogan
SENIOR UNITED STATES DISTRICT JUDGE